ROBERT JAMES SWINT,
                Plaintiff,

                                                NEW CORP.
                                                8YS.
                                                10:34 PM

        Versus

The United Nations, U.N. Resolution 1441,
the 2015 Paris Climate Agreement,
Oregon Liquor Control Commission,
                Defendants,

RECEIVED
SEP 21 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

In 2002 the United Nations that is the World Courts
and the World Bank Group, (SWIFT)/I.M.F.,
and the "IBAN" which needs to be looked into
for obvisious direct the way. Oregon Liquor Control
Commission I come before you today as if it were
1971 and II walks up to view, I just finished the
I ask you today Boebert to remove the Sales Tax's,
I will add those in myself, you never worry, And time
to RAISE TO IS, you know what I'm saying
you got it I'll! that still Chuck,???. And
the 2015 Group needs provisions for splitting a MESS

IN 1789 The Supreme Court changed out
Something that I plan to redoing with
France with ... Giddy ... elahay
※ Lights flashing ※ [Christopher Wray]  ✓

Aprille 16th to 18, 2002, Operation Ptarmigan, The
bluebird with, and the bird with out this way
in Kabul Afghenistan, after the turnes. Now
finished in late 22 and that when Robinson
from [Kabul Mexico] took her — In Remember
Yesterday, walking lord in hand that wanna
hear you say I remember you, No I see
you, Boo, whats he mean, say department.
Those Tobacco Payments by the Way unreason
spending, say RS Rerogld that Wrap Info remember
One or twelve, Robert Sweat. Whats is
still a mess what else is still I cant
stee PD.S, /Kys 6 plus

Robert Sorres Swett  9/10/23  8/24/23

Exhibit A

TRUE B

And Now You Can

C

When All eyes on You, Robert Court,
Why 1-5-21 - Mr County Fence no reason,
Said Say No Reason Said Bobby
√√√ $EVEN WORLD ACTIVATION
TOGETHER MARK ANOTHER AWAY THEY NEVER SURVIVE



X-RAYED & CLEARED BY U.S.M.S. BKm